HONORABLE RICARDO S. MARTINEZ

Nancy M. Erfle, WSBA No. 20644
nerfle@grsm.com
Gordon Rees Scully Mansukhani, LLP
1300 SW 5th Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

Angela M. Hughes, admitted *Pro Hac Vice*
Faegre Drinker Biddle & Reath, LLP
110 Berry Street, Suite 2400
Fort Wayne, IN 46802
Phone: (260) 424-8000
Email: angela.hughes@faegredrinker.com

Attorneys for Defendant Boston Scientific Corporation

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA MONTGOMERY and DENIS MONTGOMERY, wife and husband and their marital community comprised thereof,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 2:20-cv-00435-RSM-MLP<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant Boston Scientific Corporation (hereinafter "BSC") to dismiss all claims against BSC, without prejudice and without fees and costs, and the Court being fully advised in the premises, now, therefore,

/ / /

/ / /

/ / /

ORDER OF DISMISSAL WITHOUT PREJUDICE – Page 1

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW 5th Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

IT IS HEREBY ORDERED that all of Plaintiff's claims against BSC are hereby dismissed without prejudice and without costs as to any party.

DATED this __15th__ day of April, 2020.

_____
HONORABLE RICARDO S. MARTINEZ

Presented by:

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Angela M. Hughes*
Angela M. Hughes, admitted *Pro Hac Vice*
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
T: 260-424-8000
Angela.hughes@faegredrinker.com

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Nancy M. Erfle*
Nancy M. Erfle, WSBA No. 20644
1300 SW Fifth Avenue, Suite 2000
Portland OR 97201
T: 503-382-3852
nerfle@grsm.com
    *Counsel for Boston Scientific Corporation*

**CORRIE YACKULIC LAW FIRM PLLC**

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
T: 206-787-1915
Corrie@cjylaw.com
    *Counsel for Plaintiffs*

ORDER OF DISMISSAL WITHOUT PREJUDICE – Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW 5th Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600